IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

                Plaintiff,

     vs.                        No.  14-cr-30205-DRH

WOLFGANG VALVODA,

                Defendant.

## ORDER

**HERNDON, District Judge:**

Now before the Court is the government's motion to quash the summons and ordering the Clerk of Court to issue an arrest warrant (Doc. 5). An indictment was filed December 18, 2014 charging the defendant with one count of conspiracy to commit mail fraud and two counts of mail fraud. A summons was subsequently issued as directed by the criminal case cover sheet. (Doc. 4). The government states that an arrest warrant is needed instead of a summons because the defendant is a foreign citizen who resides in Brunn am Gebirge, Austria. As a result the warrant must be entered in the NCIC system to allow Austrian law enforcement to arrest and extradite the defendant to the United States to answer to the charges alleged in the indictment.

The Court hereby **GRANTS** the government's motion to quash the summons and **ORDERS** the Clerk of the Court to issue an arrest warrant.

**IT IS SO ORDERED.**

Dated: December 23, 2014

Digitally signed by David R. Herndon
Date: 2014.12.23 11:01:48 -06'00'

**United States District Judge**